# EXHIBIT

## "A"

IN THE COURT OF COMMON PLEAS
OF FRANKLIN COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Brenda Sidler                                    :
14933 Wayne Highway                              :
Wayneboro, PA  17268                             :
v.                                               :            2011-3801
                          Plaintiff              :
                                                 :
CACH, LLC                                        :
4340 South Monaco Street                         :
2nd Floor                                        :
Denver, CO  80237                                :
and                                              :
John Does 1-10                                   :            Judge: Douglas W Herman
and                                              :            Jury Trial Demanded
XYZ Corporations                                 :
                          Defendant(s)           :

## NOTICE

YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET
FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER
THE COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE
PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR
OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO
DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST
YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER
CLAIM OR RELIEF REQUESTED BY THE DEFENDANT.  YOU MAY LOSE MONEY OR PROPERTY OR
OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A
LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO
FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH
INFORMATION ABOUT HIRING A LAWYER.

Franklin County Legal Services
80 North Second Street
Chambersburg, PA  17201
717-262-2326

ATTEST A TRUE COPY

*Theresa Kissinger*

IN THE COURT OF COMMON PLEAS
OF FRANKLIN COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

| | | |
|---|---|---|
| Brenda Sidler | : | |
| 14933 Wayne Highway | : | |
| Wayneboro, PA  17268 | : | |
| v. | : | 2011-3801 |
| Plaintiff | : | |
| | : | |
| CACH, LLC | : | |
| 4340 South Monaco Street | : | |
| 2nd Floor | : | |
| Denver, CO  80237 | : | |
| and | : | |
| John Does 1-10 | : | |
| and | : | Jury Trial Demanded |
| XYZ Corporations | : | |
| Defendant(s) | : | |

# **COMPLAINT**

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereinafter "FDCPA").  The aforementioned statute prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2.  Jurisdiction and Venue is proper in this jurisdiction because a substantial portion of the acts, omissions, transactions or occurrences took place in this jurisdiction.

3.  Jurisdiction and venue is proper in this jurisdiction because the Defendant(s) transact business here and the conduct complained of occurred here.

## PARTIES

4.  Plaintiff is Brenda Sidler, an adult individual residing at 14933 Wayne HWY, Waynesboro, PA 17268.

5.  Defendants are the following.

    a.  CACH, LLC., a business entity with an address including but not limited to 4340 South Monaco Street, 2nd Floor, Denver, CO 80237.

    b.  John Does 1-10, individuals or business entities whose identities are not know to Plaintiff at this time, but which will become known upon proper discovery. It is believed and averred that such Does played a substantial role in the commission of the acts described in this complaint.

**COUNT ONE: Violation of Fair Debt Collection Practices Act (15 USC 1692 g et. seq.)**

6.  Plaintiff is a consumer debtor as defined by the Fair Debt Collections Practices Act (FDCPA), 15 USC 1692 et. Seq.

7.  Defendant is a debt collector as defined by the FDCPA, 15 USC 1692 et. seq.

8.  At all times mentioned herein, Defendant was attempting to collect on an alleged consumer debt against Plaintiff.

9.  Within the applicable statute of limitations, in the Year of our Lord, 2011, Defendant sent Plaintiff a collection letter for an alleged consumer debt.  See Exhibit A.

10. Said collection letter was the first communication as defined by 15 USC 1692 g.

11. Said collection letter did not contain the proper verbiage required by 15 USC 1692 g et. seq.

12. Within 5 days of the date that the attaché Exhibit A was mailed to Plaintiff by Defendant, Defendant never followed up with the written communication required under 15 USC 1692 g et. seq.

13. By engaging in the above described conduct, Defendant neglected its obligations under
   15 USC 1692g.

14. By engaging in the above described conduct, Defendant violated 15 USC 1692g.

15. Defendant(s) above described conduct had the effect of confusing misleading and
   intimidating the Plaintiff.

**COUNT TWO: Violation of Fair Debt Collection Practices Act (15 USC 1692 et. seq.)**

**Failure to Disclose Nature of communication**

16. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

17. Within the applicable statute of limitations prior to the commencement of this action, Defendant(s) sent Plaintiff various pieces of correspondence which stated "this is not an attempt to collect a debt."

18. Said correspondence was in connection with Defendant(s) debt collection activities for Plaintiff's consumer account.

19. Said correspondence was mis-labled and misleading as not being and attempt to collect a debt, when in fact such correspondence was an attempt to collect a debt.

20. By engaging in the above described conduct, Defendant violated the FDCPA.

21. Defendant(s) above described conduct had the effect of confusing misleading and intimidating the Plaintiff.

**COUNT THREE: Violation of Fair Debt Collection Practices Act (15 USC 1692 f et. seq.)**

22. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

23. Pursuant to 15 USC 1681 s-2 of the Fair Credit Reporting Act, all furnishers of information have a duty to conduct an investigation of information that appears on a consumer's credit report, upon written request of the consumer to do so.

24. Defendant(s) was a furnisher of information as defined by the Fair Credit Reporting Act.

25. Plaintiff disputed the account in writing to Defendant(s) and requested an investigation.

26. Defendant(s) refused to conduct an investigation after having received Plaintiff's request to do so.  See attached exhibits.

27. By refusing to comply with the Fair Credit Reporting Act, Defendant(s) also violated the 15 USC 1692 f of the FDCPA because Defendant's breach of the FCRA was illegal unconscionable and unfair collection activity.

28. Defendant(s) above described conduct had the effect of confusing misleading and intimidating the Plaintiff.

## DAMAGES

17. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

18. Plaintiff demands $1.00 actual damages at least for phone, fax, lost time, etc.

19. Plaintiff demands $1,000.00 statutory damages under the FDCPA 15 USC 1692k.

20. Plaintiff suffered some emotional distress, anger and frustration as a result of Plaintiff's rights being violated by Defendant.  The amount of such distress shall be determined at trial.

## ATTORNEY FEES

21. The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

22. Attorney fees of $1,925.00 at a rate of $350.00 per hour. Services include but not limited to the following.

| | | |
|---|---|---|
| a. | Consultation with client | 1 |
| b. | Drafting, editing and review and filing of dispute letters and assisting client to mail | .25 |
| c. | Drafting, editing and filing of writ | .25 |
| d. | Research on Defendant | .5 |
| e. | Drafting, editing, review  and filing of complaint | 1.5 |
| f. | Follow up with Defense | 2 |

5.5 x $350 per hour = $1,925

29. Plaintiff's attorney fees continue to accrue as the case move forward.

## OTHER RELIEF

30. Plaintiff also seeks an injunction against further unlawful collection activity.

31. Plaintiff seeks declaratory relief barring Defendants from further unlawful collection activity.

32. Plaintiff seeks such other relief as this honorable Court may deem just and proper.

33. Plaintiff specifically requests / demands a jury trial in this matter.

Wherefore, plaintiff demands judgment against defendant in the amount of $2,926.00 (actual damages, statutory damages, attorney fees).  Plaintiff also seeks declaratory and injunctive relief, and such other relief as this Honorable Court may deem appropriate.


_Vicki Piontek_          9.15.2011
Vicki Piontek, Esquire        Date
PA Bar ID No. 83559
951 Allentown Road
Lansdale, PA  19446
717-533-7472
palaw@justice.com

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Brenda Sidler                                    :
14933 Wayne Highway                              :
Wayneboro, PA  17268                             :
v.                                               :
                              Plaintiff          :
CACH, LLC                                        :
4340 South Monaco Street                         :
2nd Floor                                        :
Denver, CO  80237                                :
and                                              :
John Does 1-10                                   :
and                                              :          Jury Trial Demanded
XYZ Corporations                                 :
                              Defendant(s)       :

## VERIFICATION

I, Brenda Sidler, have read the attached complaint. The facts stated therein are true and accurate to the best of my knowledge, understanding and belief.


_Brenda Sidler_  9/12/11
Brenda Sidler            Date

# EXHIBITS

**Brenda Sidler**
**14933 Wayne HWY**
**Waynesboro, PA 17268**

CACH, LLC
4340 South Monaco Street
2nd Floor
Denver, CO 80237

    **Re:   Brenda Sidler  SSN:**
    **Account Number**
    **Alleged Balance $867**

To Whom it May Concern:

    Your company has placed derogatory information on my credit report for the above referenced account.

    The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

    The amount stated on my credit report is excessive and inflated. I request proof of the contract justifying such charges. I also would like proof of the balance and a breakdown of all charges.

    I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

    I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

    THIS IS A DISPUTED ACCOUNT.   YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

        Sincerely,

        *Brenda Sidler*    4/29/11
        Brenda Sidler       Date



**Brenda Sidler**
**14933 Wayne HWY**
**Waynesboro, PA 17268**
**(717)-765-4882**

CACH, LLC
4340 South Monaco Street
2nd Floor
Denver, CO 80202

    **Re: Brenda Sidler SSN:**
    **Account Number**
    **Alleged Balance $867**

To Whom it May Concern:

    Your company has placed derogatory information on my credit report for the above referenced account.

    The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

    The amount stated on my credit report is excessive and inflated. I request proof of the contract justifying such charges. I also would like proof of the balance and a breakdown of all charges.

    I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

    I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

    THIS IS A DISPUTED ACCOUNT. YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

Sincerely,

*Brenda a Sidler*      6 · 18 · 2011
Brenda Sidler       Date

**Brenda Sidler**
**14933 Wayne HWY**
**Waynesboro, PA 17268**
**(717)-765-4882**

CACH, LLC
4340 South Monaco Street
2nd Floor
Denver, CO 80202

By Certified U.S. Mail

  **Re: Brenda Sidler  SSN:**
  **Account Number**
  **Alleged Balance $867**

To Whom it May Concern:

  Your company has placed derogatory information on my credit report for the above referenced account.

  The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

  The amount stated on my credit report is excessive and inflated.  I request proof of the contract justifying such charges.  I also would like proof of the balance and a breakdown of all charges.

  I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties.  I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

  I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

  THIS IS A DISPUTED ACCOUNT.   YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

    Sincerely,

    Brenda Sidler  Date

# *CACH, LLC*

July 12, 2011

**Brenda Sidler**
14933 Wayne Hwy
Waynesboro, PA 17268

Re:          Written Dispute Letter Dated: June 18. 2011  (3rd response)

Dear Brenda Sidler,

We are in receipt of your written dispute referenced above.  CACH, LLC is a purchaser of charged off receivables.  CACH, LLC, does not engage in any direct collection activity.  Accounts are placed for collection with third party law firms and collection agencies.  Our investigation into your dispute reveals the following information.

____We cannot investigate your dispute because you did not provide the following information:
              ____original account number
              ____current account number
              ____address
              ____full name
              ____documentation supporting dispute
              ____written documentation that account was paid prior
              ____fraud affidavit or police report
              ____ <Other> Social Security
                      Account could not be located need more/complete information.

Upon receipt of the information requested above we will conduct an investigation into your concerns.

__X__Your dispute is substantially the same as a dispute previously submitted to us, either directly or through a consumer reporting agency and the account is marked as being in dispute.  The disputed status of the account is being reported to the consumer reporting agencies to which we report.

Sincerely,

Customer Service

This letter is sent pursuant to the requirements of 16 C.F.R. 660.4 (f)
This is not an attempt to collect a debt.



| | |
|---|---|
| *4340 S. Monaco St.* | *Phone   (800) 478-5541* |
| *Second Floor* | *Fax        (303)713-2505* |
| *Denver, CO 80237* | |

**Brenda Sidler**
14933 Wayne HWY
Waynesboro, PA 17268
(717)-765-4882

CACH, LLC
370 17th St, Suite 5000
Denver, CO 80202

    **Re:   Brenda Sidler  SSN:**
    **Account Number**
    **Alleged Balance $867**

To Whom it May Concern:

    Your company has placed derogatory information on my credit report for the above referenced account.

    The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

    The amount stated on my credit report is excessive and inflated.  I request proof of the contract justifying such charges.  I also would like proof of the balance and a breakdown of all charges.

    I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties.  I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

    I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

    THIS IS A DISPUTED ACCOUNT.   YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

        Sincerely,

        *Brenda Sidler*    4/26/11
        Brenda Sidler        Date

# CACH, LLC

July 19, 2011

**Brenda Sidler**
14933 Wayne Hwy
Waynesboro, PA 17268

Re:          Written Dispute Letter Dated: June 25, 2011
             (4th Response)

Dear Brenda Sidler,

We are in receipt of your written dispute referenced above.  CACH, LLC is a purchaser of charged off
receivables. CACH, LLC, does not engage in any direct collection activity.  Accounts are placed for collection
with third party law firms and collection agencies.  Our investigation into your dispute reveals the following
information.

_____We cannot investigate your dispute because you did not provide the following information:
                    _____original account number
                    _____current account number
                    _____address
                    _____full name
                    _____documentation supporting dispute
                    _____written documentation that account was paid prior
                    _____fraud affidavit or police report
                    _____Other> Social Security
                          Account could not be located need more/complete information.

Upon receipt of the information requested above we will conduct an investigation into your concerns.

__X__ Your dispute is substantially the same as a dispute previously submitted to us, either directly or
through a consumer reporting agency and the account is marked as being in dispute.  The disputed status
of the account is being reported to the consumer reporting agencies to which we report.
**Your account was sold to RAZOR CAPITAL since 06/02/2011. Please contact this company for
further assistance. (866) 575-8021**

Sincerely,

Customer Service

This letter is sent pursuant to the requirements of 16 C.F.R. 660.4 (f)
This is not an attempt to collect a debt.



| | |
|---|---|
| 4340 S. Monaco St. | Phone   (800) 478-5541 |
| Second Floor | Fax     (303)713-2505 |
| Denver, CO 80237 | |



# *CACH, LLC*

June 21, 2011

**Brenda Sidler**
14933 Wayne HWY
Waynesboro, PA 17268

Re:             Written Dispute Letter Dated: June 10, 2011

Dear Brenda Sidler,

We are in receipt of your written dispute referenced above.  CACH, LLC is a purchaser of charged off receivables. CACH, LLC, does not engage in any direct collection activity.  Accounts are placed for collection with third party law firms and collection agencies.  Our investigation into your dispute reveals the following information.

____We cannot investigate your dispute because you did not provide the following information:
    ____original account number
    ____current account number
    ____address
    ____full name
    ____documentation supporting dispute
    ____written documentation that account was paid prior
    ____fraud affidavit or police report
    ____ <Other> Social Security
      Account could not be located need more/complete information.

Upon receipt of the information requested above we will conduct an investigation into your concerns.

__X__Your dispute is substantially the same as a dispute previously submitted to us, either directly or through a consumer reporting agency and the account is marked as being in dispute.  The disputed status of the account is being reported to the consumer reporting agencies to which we report.

Sincerely,

Customer Service

This letter is sent pursuant to the requirements of 16 C.F.R. 660.4 (f)
This is not an attempt to collect a debt.



4340 S. Monaco St.  Phone (800) 478-5541
Second Floor    Fax  (303) 813-3506
Denver, CO 80237

**Brenda Sidler**
**14933 Wayne HWY**
**Waynesboro, PA 17268**
**(717)-765-4882**

CACH, LLC
4340 South Monaco Street
2nd Floor
Denver, CO 80202

By Certified U.S. Mail

   **Re:   Brenda Sidler  SSN:**
   **Account Number**
   **Alleged Balance $867**

To Whom it May Concern:

   Your company has placed derogatory information on my credit report for the above referenced account.

   The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

   The amount stated on my credit report is excessive and inflated.  I request proof of the contract justifying such charges.  I also would like proof of the balance and a breakdown of all charges.

   I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties.  I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

   I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

   THIS IS A DISPUTED ACCOUNT.   YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

                         Sincerely,

                         Brenda a Sidler        6/10/11
                         Brenda Sidler           Date

Brenda Sidler
14933 Wayne Highway
Waynesboro, PA 17268

CERTIFIED MAIL

7011 0110 0002 1770 2477

80237634B5 0073

RECEIVED
JUN 14 2011
Square Two Financial

REDWOOD FOREST

64